Order issued September 25, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01271-CV

## IN RE REGINALD DONELL RICE, Relator

Original Proceeding
Collin County, Texas

# O R D E R

Before Justices Morris, Richter, and Lang-Miers

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.


MARTIN RICHTER
JUSTICE